**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Peter Gakuba, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:12 CV 07296 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Charles O'Brien, et al. | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

It is this Court's Report and Recommendation that the plaintiff's motion for injunctive and declaratory relief [311] be denied because a favorable ruling would be inconsistent with his criminal conviction. *See Hoard v. Reddy*, 175 F.3d 531, 533 (7th Cir. 1999) ("A civil rights suit is no more a proper method of collateral attack on a conviction when an injunction is sought than when damages are sought," the latter of which "is blocked by *Heck v. Humphrey*, 512 U.S. 477 (1994)). Any objection to this Report and Recommendation is due 10/3/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).


Date:  9/14/2018                                    /s/ Iain D. Johnston
                                                             U.S. Magistrate Judge